STATE of Missouri, Respondent,

v.

Edward FOSTER, Appellant.

Edward FOSTER, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 58143, 60244.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 14, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
May 12, 1992.

Application to Transfer Denied
June 30, 1992.

Melinda K. Pendergraph, Columbia, for appellant and movant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant, Edward Foster, appeals from his convictions, after a jury trial, of assault in the second degree and armed criminal action, for which he was sentenced as a class X offender to consecutive sentences of 15 years and life, respectively. He also appeals from the denial of his Rule 29.15 motion after an evidentiary hearing.

We have reviewed the record on direct appeal. No jurisprudential purpose would be served by a written opinion. Defendant's convictions are affirmed. Rule 30.-25(b).

We have also reviewed the record with regard to the trial court's denial of defendant's Rule 29.15 motion. The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. A written opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).